UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Robert Carey, Sr.,**
        **Petitioner**

**V.**

**United States of America,**
        **Respondent**

CIVIL ACTION

NO.  **04-40002-NMG**

**Order of Dismissal**
**May 9, 2006**

**Gorton, D. J.**

In accordance with the Court's Memorandum & Order (dated 4/26/06, Docket No. 5) denying Motion to Vacate, Set Aside, or Correct Sentence, it is hereby Ordered petition Dismissed.

**Approved,**

**/s/ Nathaniel M. Goroton,**
**United States District Judge**

**By the Court,**

**/s/ Craig J. Nicewicz**
**Deputy Clerk**

(Dismendo.ord - 09/92)   [odism.]